CCA # 13-13-00013-CR

OFFENSE: Aggravated Assault

STYLE: NICHOLAS GARCIA v. THE STATE OF TEXAS

COUNTY: Nueces

TRIAL COURT: 148th District Court
TRIAL COURT #: 11-CR-2967-E
TRIAL COURT JUDGE: Hon. Guy Williams
DISPOSITION: Affirmed
DATE: _____
JUSTICE: _____ PC ___ S ____
PUBLISH: _____      DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: October 16, 2014
JUDGE: Gina M. Benavides

CLK RECORD: _____
RPT RECORD: _____
STATE BR: _____
APP BR: _____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # **1530-14**

------------------

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_REFUSED_
DATE: _02/04/2015_
JUDGE: _____

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____      PC: _____
PUBLISH: _____      DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____